FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 JAN 27 AM 10:00
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CR 314-002 |
| v. | * | |
| | * | |
| BRADY JEROME LINTON | * | |

O R D E R

On January 11, 2016, Defendant filed a motion to reduce his sentence pursuant to Amendment 782 to the United States Sentencing Guidelines, which implemented a two-level offense level reduction to a majority of the offense levels assigned to the drug quantities set forth in Section 2D1.1 of the Guidelines. U.S.S.G. App. C, amend. 782. This amendment took effect on November 1, 2014. Thus, Defendant, who was sentenced on May 21, 2015, already had the full benefit of the changes occasioned by Amendment 782. Accordingly, the motion to reduce (doc. no. 379) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of January, 2016.

UNITED STATES DISTRICT JUDGE